**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Equal Employment Opportunity Commission,<br><br>        Plaintiff,<br><br>v.<br><br>OSI Restaurant Partners, Inc., et al.,<br><br>        Defendants. | No. CIV 07-0683-PHX-SMM<br><br>**ORDER** |

Pending before the Court is the parties' Stipulation for Extension to Respond to Complaint (Dkt. 9). Good cause appearing,

**IT IS ORDERED GRANTING** the parties' Stipulation for Extension to Respond to Complaint (Dkt. 9). Defendants shall have through **August 3, 2007**, to answer or otherwise respond to Plaintiff's Complaint.

DATED this 23rd day of July, 2007.

Stephen M. McNamee
United States District Judge