**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Equal Employment Opportunity Commission,<br><br>　　　　Plaintiff,<br><br>v.<br><br>OSI Restaurant Partners, Inc., et al.,<br><br>　　　　Defendants. | No. CIV 07-0683-PHX-SMM<br><br>**ORDER** |

Pending before the Court is the parties' Stipulation for Extension of Time to Answer Complaint (Dkt. 11). Good cause appearing,

**IT IS ORDERED GRANTING** the parties' Stipulation for Extension of Time to Answer Complaint. (Dkt. 11) Defendants shall have through **August 17, 2007**, to answer or otherwise respond to Plaintiff's Complaint.

DATED this 2nd day of August, 2007.

_____
Stephen M. McNamee
United States District Judge