**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Equal Employment Opportunity Commission, | No. CV-07-683-PHX-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| OSI Restaurant Partners, et al., | |
| Defendants. | |

Pursuant to the parties' Joint Motion to Postpone Rule 16 Scheduling Conference (Dkt. 21), and for good cause shown,

**IT IS HEREBY ORDERED** vacating the Preliminary Pretrial Scheduling Conference set for Thursday, January 31, 2008 at 4:00 p.m.

**IT IS FURTHER ORDERED** that the Preliminary Pretrial Conference shall be rescheduled for **March 10, 2008** at **2:00 p.m.** in Courtroom 605 of the Sandra Day O'Connor Courthouse, 401 W. Washington Street in Phoenix, Arizona. The parties shall complete their pre-conference obligations within the time frames set forth by the Order dated November 28, 2007 (Dkt. 20).

DATED this 16th day of January, 2008.

Stephen M. McNamee
United States District Judge