**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Equal Employment Opportunity Commission,<br><br>    Plaintiff,<br><br>  vs.<br><br>OSI Restaurant Partners, Inc., et al.,<br><br>    Defendants. | No. CIV 07-683-PHX-SMM<br><br>**ORDER** |

Pursuant to the parties' Stipulation to Postpone Exchange of Initial Disclosure Statements (Dkt. 24), and good cause appearing,

**IT IS HEREBY ORDERED** that the parties shall exchange initial disclosure statements no later than March 25, 2008, with the express notation that no other dates shall be affected.

DATED this 29th day of February, 2008.

Stephen M. McNamee
United States District Judge