**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Equal Employment Opportunity Commission,<br><br>　　　　Plaintiff,<br><br>v.<br><br>OSI Restaurant Partners, et al.,<br><br>　　　　Defendants. | No. CV-07-683-PHX-SMM<br><br>**ORDER** |

Having considered the parties' Stipulation for Extension of Time for Plaintiff's Responses to Defendants' Discovery Requests (Dkt. 32), and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff may respond to Defendants' First Set of Non-Uniform Interrogatories and Defendants' First Set of Requests for Production by **Friday, May 9, 2008.**

**IT IS FURTHER ORDERED** that this extension will not affect any other deadlines in this case.

DATED this 18th day of April, 2008.

Stephen M. McNamee
United States District Judge