**WO**

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Equal Employment Opportunity Commission,<br>　　　　　Plaintiff,<br><br>v.<br><br>OSI Restaurant Partners, Inc., et al.,<br>　　　　　Defendants. | No. CIV-07-00683 PHX SMM<br><br><br><br>**ORDER** |

Before the Court is the parties' Stipulation for Extension to Respond to Written Discovery (Dkt. 41). The parties stipulate to allow Defendants to respond to all of Plaintiff's written discovery on Friday, July 18, 2008. The parties assert that this extension will not affect any other deadlines set by the Scheduling Order. Good cause appearing,

**IT IS HEREBY ORDERED** that Defendants shall have through and including July 18, 2008, in which to answer or otherwise respond to all of Plaintiff's written discovery.

//

**IT IS FURTHER ORDERED** that this extension shall not affect any other deadlines or requirements set forth in the Scheduling Order (Dkt. 28).

DATED this 19th day of June, 2008.

_____
Stephen M. McNamee
United States District Judge