**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Equal Employment Opportunity Commission,<br><br>    Plaintiff,<br><br>vs.<br><br>OSI Restaurant Partners, Inc., et al.,<br><br>    Defendants. | No. CV 07-0683-PHX-SMM<br><br>**ORDER** |

The Court having received the Stipulation Regarding Damages and Affirmative Defenses filed by the parties (Dkt. 72),

**IT IS HEREBY ORDERED** that Plaintiff will not seek lost wages, including but not limited to back pay and front pay, on behalf of Jonathan Pilkington, his successors, assigns or marital community, other than for the time period January 2, 2005 to January 9, 2005.

**IT IS FURTHER ORDERED** that Plaintiff will not seek lost wages, including but not limited to back pay and front pay, on behalf of Joseph Carrigan, his successors or assigns.

///

///

///

1  **IT IS FURTHER ORDERED** that Defendants will not assert that Plaintiff failed
2  to engage in good faith conciliation as an affirmative defense to Plaintiff's claims.
3  DATED this 10th day of November, 2008.

Stephen M. McNamee
United States District Judge